**STATE of Missouri, Plaintiff/Respondent,**

v.

**William HARBOUR,
Defendant/Appellant.**

**William HARBOUR, Movant/Appellant,**

v.

**STATE of Missouri,
Respondent/Respondent.**

Nos. 66377, 68623.

Missouri Court of Appeals,
Eastern District,
Division Five.

June 25, 1996.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Aug. 1, 1996.

Application to Transfer Denied
Sept. 17, 1996.

Dorothy Mae Hirzy, Public Defender,
Clayton, for appellant.

John Munson Morris, III, Atty. Gen., Jefferson City, for respondent.

Before CRANE, C.J., AHRENS, J., and
LOWENSTEIN, Special Judge.

*ORDER*

PER CURIAM.

Defendant appeals his conviction, after a
jury trial, of forcible rape in violation of
§ 566.030 RSMo (Cum.Supp.1992), on which
he was sentenced to life imprisonment without probation or parole as a persistent offender pursuant to § 558.018 RSMo (Cum.
Supp.1993). Defendant also appeals from a
judgment denying on the merits, without an
evidentiary hearing, his Rule 29.15 motion.

No error of law appears and no jurisprudential purpose would be served by a written
opinion. However, the parties have been
furnished with a memorandum opinion, for
their information only, setting forth the facts
and reasons for this order.

The judgments are affirmed in accordance
with Rules 30.25(b) and 84.16(b).